**RECEIVED**

JUL 2 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| ALLSTATE INS. CO.<br>GLORIA PEREZ<br>CARL PEREZ<br><br>VS.<br><br>MAYTAG CORP. | CIVIL ACTION NO. 06-0801<br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

As required by a standing order of this court, the undersigned has reviewed the record and concludes that the jurisdictional amount has been established in this diversity case.

Defendant removed this case to federal court on the following facts: On September 4, 2005, a fire broke out at plaintiffs Carl and Gloria Perez's home, causing severe damage to the house and contents therein; an investigation into the cause of the fire showed that the fire was caused by a defective dryer manufactured by defendant Maytag Corporation; that the Perez's home was covered by a policy of insurance issued by co-plaintiff Allstate Insurance Company, which paid the Perezes in excess of $100,000.00 for their losses; that, pursuant to its subrogation rights, Allstate seeks to recover from defendant all sums it paid to the Perezes; and that the Perezes seek to recover their uninsured losses caused by the fire.

Considering that Allstate seeks to recover more than $75,000.00 in insurance payments made to the Perezes, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed at Lafayette, Louisiana on July 2̲8̲, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)